# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ELEVEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.   25-1118 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   ----   District of   Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   December 24, 2025
                                                                                                                    *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge  on duty                                                                                                     .
                      *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/10/2025 at 9:35 a.m.             _____
                                                                                                     *Judge's signature*

City and state:           San Juan, PR                              Hon. Hector Ramos Vega, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 25-1118 (M) | Date and time warrant executed: 12/11/2025 10:00 am | Copy of warrant and inventory left with: USPIS San Juan Field Office |
| Inventory made in the presence of : E. Leon/D. Nieves/A. Oneill/ J. Hernandez/ J. Matos | | |

Inventory of the property taken and name of any person(s) seized:

USPS Parcels and following contents:

- 9505 5161 3377 5342 1592 92= 2,125 grams of cocaine.
- 9505 5106 3998 5342 1113 44= 525 grams of cocaine.
- 9505 5114 1627 5342 7235 92= 2,105 grams of cocaine.
- 9505 5103 3657 5342 7079 97= 3,955 grams of cocaine.
- 9505 5103 3657 5342 7078 50= 2,090 grams of cocaine.
- 9505 5103 3257 5340 6897 25= 2,340 grams of cocaine.
- 9505 5103 3257 5340 6897 01= 2,110 grams of cocaine
- 9505 5103 3657 5342 7079 59= 2,115 grams of cocaine
- 9505 5102 7582 5342 1287 50= 135 grams of cocaine
- 9505 5147 8561 5342 8585 24= 3,085 grams of cocaine
- 9505 5114 5584 5342 6706 30= 3,725 grams of cocaine

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/11/2025

*Executing officer's signature*

Fabian Arce-Morales U.S. Postal Inspector
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-A | (P) 9505 5161 3377 5342 1592 92 | Joseph Rosado<br>HC2 Box 5686<br>Rincon, PR 00677-9332 | Giselle Rodriguez<br>5437 Walker St.<br>Philadelphia, PA 19124 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-B | (P) 9505 5106 3998 5342 1113 44 | Rafael Rodriguez<br>HC 05 PB Box 30391<br>Camuy, PR 00627 | Justice Nunez<br>30 Everett Ave<br>Webster, MA 01570 |



2

3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 2-C | (P) 9505 5114 1627 5342 7235 92 | sara taveras<br>1154 calle ribot<br>San Juan, PR 00907 | Jose Taveras<br>346 greenwich st<br>reading PA 19601 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-D | (P) 9505 5103 3657 5342 7079 97 | Luis Cruz<br>26 cll Ruisenor<br>Catano, PR 00962 | George cruz<br>2654 Main Street,<br>Springfield, MA 01107 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-E | (P) 9505 5103 3657 5342 7078 50 | Reynaldo baez<br>P.O box 3189 Catano<br>PR 00962 | gretha garcia<br>503 gates Rd Saugus<br>MA 01906 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 2-F | (P) 9505 5103 3257 5340 6897 25 | Richard Lopez Cruz<br>22 Via Destello<br>Caguas PR<br>00727 | Alberto Lopez<br>266 N Main ST<br>Ansonia CT 06401 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 2-I | (P) 9505 5102 7582 5342 1287 50 | Maldonado Vidal, Elliot<br>10 Calle Union<br>Fajardo P.R. 00738 | 3866 Exeter Lane<br>Lakeland Florida<br>33810<br>Jaylene Vazquez |



9

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-J | (P) 9505 5147 8561 5342 8585 24 | Luis R. Davila<br>Urb. Santiago Calle C #66<br>Loiza PR 00772 | Nelvin Calcano<br>393 Meadowbrook Court<br>West Haven ct 06516 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 2-K | (P) 9505 5114 5584 5342 6706 30 | Juan Rivera<br>22 CII Santa Catalina,<br>Toa Alta, Toa Baja, PR<br>00949 | Chris Rivera<br>140 Chestnut Street<br>Springfield, MA,<br>01103, Apt #705 |



## ATTACHMENT B
### Particular Things to be Seized

1. All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

   a. controlled substances;

   b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents;

   c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   d. United States Currency; and

   e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.